| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175<br>Assistant Federal Defender |
| 3 | PEGGY SASSO, Bar #228906<br>Assistant Federal Defender |
| 4 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 5 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 6 | |
| 7 | Attorneys for Defendant<br>Gregory Burns Snyder |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00080 AWI-DLB |
| | ) | |
| Plaintiff, | ) | ***AMENDED*** STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING; |
| v. | ) | [PROPOSED] ORDER |
| | ) | |
| GREGORY BURNS SNYDER, | ) | |
| | ) | Date: March 26, 2012 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, now scheduled for March 19, 2012, may be continued to **March 26, 2012, at 10:00 a.m.**

The reason for this continuance is to allow additional time for plea negotiations. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(I) and (iv).

|   |   |   |
|---|---|---|
| 1 | | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | |
| 3 | Dated: March 15, 2012 | */s/ Laurel J. Montoya*<br>LAUREL J. MONTOYA |
| 4 | | Assistant United States Attorney<br>Attorney for Plaintiff |
| 5 | | |
| 6 | | DANIEL J. BRODERICK<br>Federal Defender |
| 7 | | |
| 8 | Dated: March 15, 2012 | */s/ Francine Zepeda*<br>FRANCINE ZEPEDA |
| 9 | | PEGGY SASSO<br>Assistant Federal Defender |
| 10 | | Attorneys for Defendant<br>Gregory Burns Snyder |

## O R D E R

IT IS SO ORDERED. Status Conference to be held March 26, 2012, at 1:00 p.m. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161 (h)(8)(B)(i)and (iv)

IT IS SO ORDERED.

Dated:   March 15, 2012

CHIEF UNITED STATES DISTRICT JUDGE