1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   FRANCINE ZEPEDA, Bar #091175
    Assistant Federal Defender
3   PEGGY SASSO, Bar #228906
    Assistant Federal Defender
4   Designated Counsel for Service
    2300 Tulare Street, Suite 330
5   Fresno, California  93721-2226
    Telephone: (559) 487-5561
6
    Attorneys for Defendant
7   Gregory Burns Snyder

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,          )   NO.  1:10-cr-00080 AWI-DLB
                                       )
14              Plaintiff,             )   STIPULATION TO CONTINUE CHANGE OF
                                       )   PLEA HEARING;
15       v.                            )   ORDER
                                       )
16  GREGORY BURNS SNYDER ,             )
                                       )   Date:  April 9, 2012
17              Defendant.             )   Time:  10:00 a.m.
                                       )   Judge: Honorable Anthony W. Ishii
18  ─────────────────────────────     )

19

20       IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel

21  of record herein, that the Change of Plea hearing in the above captioned matter, now scheduled for March

22  26, 2012, may be continued to **April 9, 2012, at 10:00 a.m.**

23       The reason for this continuance is to allow additional time for plea negotiations.  The requested

24  continuance will conserve time and resources for both counsel and the court.

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

3    3161(h)(8)(B)(I) and (iv).

4                                                          BENJAMIN B. WAGNER
                                                          United States Attorney
5

6    Dated: March 22, 2012                                */s/ Laurel J. Montoya*
                                                          LAUREL J. MONTOYA
7                                                          Assistant United States Attorney
                                                          Attorney for Plaintiff
8

9                                                          DANIEL J. BRODERICK
                                                          Federal Defender
10

11   Dated: March 22, 2012                                */s/ Peggy Sasso*
                                                          FRANCINE ZEPEDA
12                                                         PEGGY SASSO
                                                          Assistant Federal Defender
13                                                         Attorneys for Defendant
                                                          Gregory Burns Snyder
14

15

16

17

18                                    O R D E R

19   IT IS SO ORDERED.

20
     Dated:    March 22, 2012
21                                                         CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28