Law Offices of Eric D. Shevin
Eric D. Shevin, Esq. (State Bar No. 160103)
Stephen J. Fisch, Esq. (State Bar No. 240774)
15260 Ventura Blvd, Suite 1050
Sherman Oaks, CA 91403
Telephone: (818) 784 - 2700
Facsimile: (818) 784 - 2411

Attorneys for Defendant
YONG TAE KIM

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br> vs.<br><br>YONG TAE KIM,<br><br>                Defendant. | Case No. 1:10-CR-00080 AWI<br><br>**WAIVER OF DEFENDANT'S PRESENCE AND ORDER THEREON** |

       Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the undersigned defendant, YONG TAE KIM, hereby waives the right to be present in person in open court upon hearing of any motion in this cause, including the time that the case is ordered set for trial, when a continuance is ordered, or when any other action is taken by the Court before, during, or after trial; except upon arraignment, plea, empanelment of a jury and imposition of sentence.

       The undersigned defendant requests the Court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant himself was personally present in court; and further agrees to be present in person in court ready for trial on any day and hour which the Court may fix in his absence.

**WAIVER OF DEFENDANT'S PRESENCE**        -1-

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of July, 2012 at Sherman Oaks, California

        /s/ Yong Tae Kim
        YON TAE KIM, Defendant

Approved by:

DATED: July 13, 2012
        /s/ Eric D. Shevin
        Eric D. Shevin
        Attorney for Defendant

IT IS SO ORDERED.

Dated: July 24, 2012        /s/ Barbara A. McAuliffe
        UNITED STATES MAGISTRATE JUDGE