DANIEL A. BACON 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for GREGORIO OLMOS, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-00080 AWI |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| GREGORIO OLMOS, SR., et al., | ) | |
| Defendants. | ) | DATE: May 28, 2013<br>TIME : 10:00 a.m.<br>DEPT: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties, and through their respective counsel of record herein, that the Status Conference hearing currently set for May 28, 2013 at 10:00 a.m. may be continued to **July 15, 2013 at 10:00 a.m.** before the Honorable Anthony W. Ishii, United States District Court Judge.

The parties further stipulate and agree that the time between May 28, 2013 and the date set for the continued Status Conference be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(B)(iv). Specifically, the parties are attempting to negotiate a resolution of this matter. Additional time is necessary to complete plea negotiations and for the preparation of plea agreements.

The parties stipulate and agree that the ends of justice served by granting this

continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§3161(h)(7)(A).

DATED: May 21, 2013         BENJAMIN B. WAGNER
                            United States Attorney

                            By/s/ *Laurel J. Montoya*
                            Assistant U.S. Attorney
                            Attorneys for Plaintiff

DATED: May 21, 2013         */s/ Daniel A. Bacon*
                            DANIEL A. BACON
                            Attorney for Defendant
                            GREGORIO OLMOS, SR.

DATED: May 21, 2013         */s/ David V. Balakian*
                            DAVID V. BALAKIAN
                            Attorney for Defendant
                            GREGORIO OLMOS, JR.

DATED: May 21, 2013         */s/ Eric Shevin*
                            ERIC SHEVIN
                            Attorney for Defendant
                            YONG TAE KIM

**O R D E R**

IT IS SO ORDERED.

Dated:  May 22, 2013
                            _____
                            SENIOR DISTRICT JUDGE